M. P. No. 73-202. IN RE HANS PETER OLSEN. Petition for admission to the Rhode Island bar upon motion assigned to the November 1973 continuous argument list for hearing. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley, Stephen J. Carlotti,* for petitioner

M. P. No. 73-220. TOWN OF BURRILLVILLE *v.* TANNERHILL, INC. *et al.* Amended petition for writ of certiorari denied. *Irving I. Zimmerman,* Town Solicitor, for petitioner. *Timothy J. McCarthy,* for respondents.

M. P. No. 73-234. IN RE PETITION OF VITO N. RUSSO. Petition to permit petitioner to attend a local accredited law school or authorize the warden of the Adult Correctional Institutions to permit him to take a correspondence course for the purpose of qualifying for the bar examinations is referred to the Board of Bar Examiners for its consideration. *Vito N. Russo,* petitioner, pro se.

M. P. No. 73-235. CORPORATION SERVICE, INC. *et al. v.* ZONING BOARD OF REVIEW OF EAST GREENWICH *et al.* Petition for writ of certiorari granted. *Higgins, Cavanagh & Cooney, Albert D. Saunders, Jr.,* for plaintiffs-respondents. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for defendants-petitioners, The Carlson Corporation, Techni-Rite Electronics, Inc. and Gulton Industries, Inc.